<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-1594**

———————————

JANICE B. OUTEN; NICHOLAS ROSSI; CHARLES R.
RASMUSSEN; ROBERT J. WEBER; HERBERT BANGS; RAY
R. POTTER, JR.; OSCAR F. EPPERLY, JR.;
VIVIENNE D. TITUS; GERARD A. ZITNIK, JR.;
GREGORY J. FRANZONI, SR.; GAYLENE L. ADAMCZYK;
ROBERT J. ASCHENBRENNER; WILLIAM T. HASTINGS;
RUSSELL M. GREEN; ROBERT C. RIDGELY; JOHN L.
WIMBLEY; BROOKS H. STAFFORD; WILLIAM R. LEIN;
JOHN A. BUSCH; WILLIAM DAILEY; WALTER J.
BALLESTEROS; YAO CHING WU; DON C. BELLUSCI;
ALEXANDER R. CASSELL, III; VICTOR CHEN;
GREGORY HARRER; ANTOINE G. MADOUKOU; DIANNE A.
MADOUKOU; JOSEPH T. MEAGHER, JR.; THOMAS E.
NORRIS; DEBORAH WALLS; BRENDA D. WOOTEN;
WILLIAM M. GOUGH; WILLIAM BAUER; MARY
CATHERINE COBBS; ELMONT DRAYTON, Personal Rep-
resentative, Estate of Catherine D. Drayton,

Plaintiffs - Appellants,

and

CLAIRE INFUSSI; THOMAS D. ROBINSON; KEITH H.
WILLIAMS; BEATRICE NEWMAN,

Plaintiffs,

versus

BALTIMORE COUNTY, MARYLAND, a body Corporate
and Politic; ROGER B. HAYDEN, Individually and
in his former capacity Baltimore County Exec-
utive; FREDERICK J. HOMAN, individually and in
his capacity as Director of Baltimore County
Office of the Budget,

Defendants - Appellees,

and

MERREEN E. KELLY, individually and in his capacity as Baltimore County Administrative Officer; EMSLIE PARKS, individually and in his former capacity as Baltimore County Attorney; RICHARD N. HOLLOWAY, individually and in his former capacity as Director of Baltimore County Office of Personnel,

Defendants.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Joseph H. Young, Senior District Judge. (CA-96-402-Y)

---

Submitted: September 30, 1998          Decided: October 14, 1998

---

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Janice B. Outen, Nicholas Rossi, Charles R. Rasmussen, Robert J. Weber, Herbert Bangs, Ray R. Potter, Jr., Oscar F. Epperly, Jr., Vivienne D. Titus, Gerard A. Zitnik, Jr., Gregory J. Franzoni, Sr., Gaylene L. Adamczyk, Robert J. Aschenbrenner, William T. Hastings, Russell M. Green, Robert C. Ridgely, John L. Wimbley, Brooks H. Stafford, William R. Lein, John A. Busch, William Dailey, Walter J. Ballesteros, Yao Ching Wu, Don C. Bellusci, Alexander R. Cassell, III, Victor Chen, Gregory Harrer, Antoine G. Madoukou, Dianne A. Madoukou, Joseph T. Meagher, Jr., Thomas E. Norris, Deborah Walls, Brenda D. Wooten, William M. Gough, William Bauer, Mary Catherine Cobbs, Elmont Drayton, Appellants Pro Se. Virginia Wood Barnhart, COUNTY ATTORNEY'S OFFICE, Towson, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's orders denying relief in their civil action and motion to reconsider. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Outen v. Baltimore County</u>, No. CA-96-402-Y (D. Md. Jan. 29 & Mar. 12, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3